STATE OF MONTANA, Plaintiff, vs. CLAUDE WILLIAM AULD, Defendant.

No. 953

## DECISION

The application of the above-named defendant for a review of the sentence of 15 years for Burglary First Degree, imposed on February 22, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Robert Murdo of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. WALTER T. COOPER, Defendant.

No. 830

## DECISION

The application of the above-named defendant for a review of the sentence of 30 years for Assault First Degree, imposed on December 15, 1970, was full heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mr. Hugh Kidder, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.